PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ELBA RODRIGUEZ, | ) |
| Plaintiff, | ) CASE NO. 4:21CV527 |
| v. | ) JUDGE BENITA Y. PEARSON |
| YOUNGSTOWN CITY SCHOOL DISTRICT BOARD OF EDUCATION, | ) |
| Defendant. | ) **ORDER** [Regarding ECF No. 32] |

On March 2, 2022, Magistrate Judge Carmen E. Henderson issued Minutes stating that (1) the parties to the above-captioned case have reached a settlement, and (2) Plaintiff is to file a joint dismissal without prejudice by March 4, 2022. *See* 3/2/2022 Minutes. Plaintiff filed a Notice of Dismissal under Fed. R. Civ. P. 41(a)(1) dismissing all claims without prejudice. ECF No. 32. Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before April 4, 2022, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

| | |
|---|---|
| March 3, 2022 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |